Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
24, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 24, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00672-CV

____________

 

IN RE TERRI WHITWORTH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 7, 2006, relator filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Grant Dorfman, presiding judge
of the 129th District Court of Harris County, to vacate his July 12, 2006 order
denying relator=s motion to compel responses to requests for disclosure.

Relator
has not established that she is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed August 24, 2006.

Panel consists of Justices Fowler,
Edelman, and Frost.